NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1144

CENTOCOR ORTHO BIOTECH, INC. and
NEW YORK UNIVERSITY,

Plaintiffs-Appellees,

v.

ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC.,
and ABBOTT BIOTECHNOLOGY LTD.,

Defendants-Appellants.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0139, Judge T. John Ward.

ON MOTION

ORDER

Abbott Laboratories, Abbott Bioresearch Center, Inc., and Abbott Biotechnology, Ltd., move without opposition for a 9-day extension of time, until June 16, 2010. to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 9 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Dianne B. Elderkin, Esq.
       William F. Lee, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 9 2010

JAN HORBALY
CLERK